UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH, | Case No. C07-2085-RSM |
| Petitioner, | |
| v. | |
| WARDEN PALMQUIST, | ORDER OF DISMISSAL |
| Respondent. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus and application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's IFP application (Dkt. No. 4) and § 2241 petition (Dkt. No. 5) are DENIED, and this case is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 28th day of March, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 2241 PETITION